United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-17160-mdc
Deborah Manin Rosen                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Lisa              Page 1 of 1            Date Rcvd: Dec 31, 2019
                         Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.
db              +Deborah Manin Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209
cr              +Firstrust Bank,    1 Walnut Grove Drive,    Horsham, PA 19044-2201
cr              +Terry P. Dershaw, Trustee,    P.O. Box 556,    Warminster, PA 18974-0632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:
      ANDREW N. SCHWARTZ    on behalf of Debtor Deborah Manin Rosen andrew.schwartz@psinet.com
      GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
      MARK R. CUKER    on behalf of Creditor Terry P. Dershaw, Trustee mark@cukerlaw.com, pam@cukerlaw.com
      PETER E. MELTZER    on behalf of Creditor    Firstrust Bank bankruptcy@wglaw.com, ibernatski@wglaw.com
      REBECCA ANN SOLARZ    on behalf of Cred. Comm. Chair    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee Et Al... bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
Deborah Manin Rosen :
:
DEBTOR : BANKRUPTCY NO. 19-17160-mdc

ORDER

AND NOW, upon consideration of the Application of Debtor for A Further Extension of Time to File Statements and Schedules after notice to the U.S. Trustee and Chapter 7 Trustee, and interested parties, it appearing that cause has been shown, IT IS HEREBY ORDERED, that the Debtor is hereby granted a further extension of time to file her Statements and Schedules until January 7, 2020.

BY THE COURT:

December 31, 2019

_____
Magdeline D. Coleman
CHIEF UNITED STATES BANKRUPTCY JUDGE

Interested parties:
(see attached list)

Interested parties:

Andrew N. Schwartz, Esquire
1900 Spruce Street
Philadelphia, PA 19103

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Deborah M. Rosen
1420 Centennial Road
Narberth, PA 19072

Mark Cuker, Esquire
Cuker Law Firm
One Logan Square, Suite 1200
Philadelphia, PA 19103

Rebecca A. Solarz, Esquire
KML Law Group
701 Market Street
Philadelphia, PA 19106

Peter E. Meltzer, Esquire
Weber Gallagher
2000 Market Street, 13th Floor
Philadelphia, PA 19103