*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deborah Manin Rosen
    Debtor(s)

Case No: 19–17160–mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED TIME ONLY**

Motion for Relief from Stay . Filed by Terry P. Dershaw, Trustee Represented by MARK R. CUKER

on: 1/8/20

at: 02:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/7/20

Timothy B. McGrath
Clerk of Court

32 – 12
Form 167