United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 19-17160-mdc
Deborah Manin Rosen                                              Chapter 7
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Eileen              Page 1 of 2            Date Rcvd: Jan 07, 2020
                              Form ID: 167              Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
```
db             +Deborah Manin Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209
14429487       +Axia Women's Health,    227 Laurel Road, Suite 300,    Voorhees Township, NJ 08043-8303
14429486        Axia Women's Health,    P.O Box 71421,    Philadelphia, PA 19176-1421
14429473        Bank of New York, As Trustee,    425 Ponce de Leon Blvd,    Coral Gables, FL 33146
14429490       +Brent Weinerman,    1458 Hagysford Road,    Narberth, PA 19072-1148
14429476       +Brent Weinerman, DO,    Weinerman Pain & Wellness, LLC,    1617 JFK Blvd, Suite 1100,
                 Philadelphia, PA 19103-1826
14429481       +Chubb,    202 Hall's Mill Road,    P.O Box 1600,    White House Station NJ 08889-1600
14429477       +David Hussey, Esquire,    Sand and Saidel, PC,    113 South 21st Street,
                 Philadelphia, PA 19103-4433
14429480        Edward J. DiDonato, Esquire,    Fox Rothschild, LLP,    2000 Market Street, 20th Floor,
                 Philadelphia, PA 19103-3222
14429474       +Firstrust Bank,    1 Walnut Grove Drive,    Horsham, PA 19044-2201
14429488        Gladwyne Market,    359 Righters Mill road,    Gladwyne, PA 19035
14429470       +Harry Giacometti, Esquire,    Flaster Greenberg, PC,    1835 Market Street, Suite 1050,
                 Philadelphia, PA 19103-2913
14429472       +Kevin G. McDonald, Esquire,    KML Law Group,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14429469       +LabPro, Inc.,    7444 W Wilson Avenue,    Harwood Heights, IL 60706-4500
14429485       +Lower Merion Township,    (Registration for Security and Alarms),    75 E. Lancaster Avenue,
                 Ardmore, PA 19003-2300
14429484       +Lower Merion Township,    (Treasurer for Sewer Rental),    75 E. Lancaster Avenue,
                 Ardmore, PA 19003-2375
14429483       +Lower Merion Township Tax Collector's Office,    (School Tax& Property Tax),
                 75 E. Lancaster Avenue,    Ardmore, PA 19003-2300
14429478       +Mark Cuker, Esquire,    Cuker Law Firm,    One Logan Square, Suite 1200,
                 Philadelphia, PA 19103-6933
14429465       +Michael D. Vagnoni Esquire,    Obermayer Rebmann Maxwell & Hippel, LLP,    Center Square West,
                 1500 Market Street, Suite 3400,    Philadelphia, PA 19102-2131
14429466       +Old Gladwyne Hardware,    338 Righters Mill Road,    Gladwyne, PA 19035-1588
14429475       +Peter E. Meltzer, Esquire,    Weber Gallagher Simpson Stapleton,,    Fires & Newby, LLP,
                 2000 Market Street, 13th Floor,    Philadelphia, PA 19103-3204
14429467        Relievus,    813 East Gate Drive, Suite B,    Mount Laurel, NJ 08054-1238
14426472        Terry Dershaw Trustee for the Estate of Craig Rose,    c/o Mark R. Cuker, Esquire,
                 Cuker Law Firm,    130 N. 18th Street One Logan Square, Sui,    Philadelphia, Pa   19103
14429479        Terry P. Dershaw, Trustee,    P.O. Box 556,    Warminster PA 18974-0632
14442609       +The Bank Of New York Mellon,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14429491       +Thomas Bielli, Esquire,    Bielle & Klauser,    1500 Market Street,    Philadelphia, PA 19102-2100
14429471       +Tropea Services,    1128 Montgomery Avenue,    Narberth, PA 19072-1608
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14429468        E-mail/Text: ebn@americollect.com Jan 08 2020 03:07:24      AmeriCollect, Inc.,    P.O. Box 1566,
                 1851 S. Alverno Road,    Manitowoc, WI 54220
14429489       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 08 2020 03:07:28
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd, 5th Floor,    Miami, FL 33146-1837
14429693        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 08 2020 03:07:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Firstrust Bank,    1 Walnut Grove Drive,    Horsham, PA 19044-2201
cr*            +Terry P. Dershaw, Trustee,    P.O. Box 556,    Warminster, PA 18974-0632
14429482      ##+Powers Craft Parker & Beard, Inc.,    15 Garret Avenue,    Rosemont, PA 19010-1461
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Eileen              Page 2 of 2                   Date Rcvd: Jan 07, 2020
                              Form ID: 167              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              ANDREW N. SCHWARTZ    on behalf of Debtor Deborah Manin Rosen andrew.schwartz@psinet.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              MARK R. CUKER    on behalf of Creditor Terry P. Dershaw, Trustee mark@cukerlaw.com,
               pam@cukerlaw.com
              PETER E. MELTZER    on behalf of Creditor   Firstrust Bank bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Cred. Comm. Chair   Bayview Loan Servicing, LLC as servicer for
               The Bank of New York Mellon FKA The Bank of New York, as Trustee Et Al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deborah Manin Rosen
    Debtor(s)

Case No: 19–17160–mdc
Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED TIME ONLY**

Motion for Relief from Stay . Filed by Terry P. Dershaw, Trustee Represented by MARK R. CUKER

on: 1/8/20

at: 02:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/7/20

Timothy B. McGrath
Clerk of Court

32 – 12
Form 167