IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             CHAPTER 7

**Deborah Manin Rosen**

                   DEBTOR                    BANKRUPTCY NO. 19-17160-mdc

### ORDER

AND NOW, upon consideration of the Application of Debtor for A Final Extension of Time to File Statements and Schedules after notice to the U.S. Trustee and Chapter 7 Trustee, and interested parties, it appearing that cause has been shown, IT IS HEREBY

ORDERED, that the Debtor is hereby granted a final extension of time to file her Statements and Schedules until January 20, 2020. No further extensions will be granted.

BY THE COURT:

January 9, 2020

_____
Magdeline D. Coleman
CHIEF UNITED STATES BANKRUPTCY JUDGE

Interested parties:
(see attached list)

Interested parties:

Andrew N. Schwartz, Esquire
1900 Spruce Street
Philadelphia, PA 19103

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Deborah M. Rosen
1420 Centennial Road
Narberth, PA 19072

Mark Cuker, Esquire
Cuker Law Firm
One Logan Square, Suite 1200
Philadelphia, PA 19103

Rebecca A. Solarz, Esquire
KML Law Group
701 Market Street
Philadelphia, PA 19106

Peter E. Meltzer, Esquire
Weber Gallagher
2000 Market Street, 13th Floor
Philadelphia, PA 19103