## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: DEBORAH MANIN ROSEN** | **BANKRUPTCY CASE** |
| **Debtor** | **NO.: 19-17160** |
| **Firstrust Bank** | **CHAPTER 7** |
| **Movant** | |
| **v.** | |
| **Deborah Manin Rosen** | |
| **Respondent** | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 10th day of January, 2020 upon consideration of the Motion of Firstrust Bank ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), and the Answer thereto filed by the Debtor it is hereby

ORDERED that, within seven days of the date hereof, Debtor's counsel shall send Movant's counsel evidence that all postpetition payments due under Movant's loan documents have been made by Debtor.

FURTHER ORDERED that in the absence of timely receipt of such evidence, Movant's counsel shall file a certification of nonpayment and, upon the filing of such Certification, the Court shall enter an Order GRANTING the Motion, and upon the entry of such Order, pursuant to Sections 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to commence and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to foreclose any mortgages held by Movant on the property owned by Debtor located at 1420 Centennial Road, Narberth 19072.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and

Movant should be allowed to immediately enforce and implement this Order.


_____

Magdeline D. Coleman, U.S.B.J.