United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-17160-mdc
Deborah Manin Rosen                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jan 14, 2020
                            Form ID: pdf900         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
```
db             +Deborah Manin Rosen,    1420 Centennial Road,    Narberth, PA 19072-1209
cr             +Firstrust Bank,    1 Walnut Grove Drive,    Horsham, PA 19044-2201
cr             +Terry P. Dershaw, Trustee,    P.O. Box 556,    Warminster, PA 18974-0632
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
```
              ANDREW N. SCHWARTZ    on behalf of Debtor Deborah Manin Rosen andrew.schwartz@psinet.com
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              MARK R. CUKER    on behalf of Creditor Terry P. Dershaw, Trustee mark@cukerlaw.com,
               pam@cukerlaw.com
              PETER E. MELTZER    on behalf of Creditor   Firstrust Bank bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: DEBORAH MANIN ROSEN<br>　　　　　　　　　Debtor | BANKRUPTCY CASE<br>NO.: 19-17160 |
| Firstrust Bank<br>　　　　　　　　　Movant<br>v.<br>Deborah Manin Rosen<br>　　　　　　　　　Respondent | CHAPTER 7 |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 14th day of January, 2020 upon consideration of the Motion of Firstrust Bank ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), and the Answer thereto filed by the Debtor it is hereby

ORDERED that, on or before January 15, 2020 at 5 p.m. EST, Debtor's counsel shall send Movant's counsel evidence that all postpetition payments due under Movant's loan documents have been made by Debtor.

FURTHER ORDERED that in the absence of timely receipt of such evidence, Movant's counsel shall file a certification of nonpayment and, upon the filing of such Certification, the Court shall enter an Order GRANTING the Motion, and upon the entry of such Order, pursuant to Sections 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to commence and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to foreclose any mortgages held by Movant on the property owned by Debtor located at 1420 Centennial Road, Narberth 19072.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge