UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : CHAPTER 7
DEBORAH MANIN ROSEN  :
DEBTOR  : BKY. NO. 19-17160 MDC

**NOTICE OF MOTION**

Terry P. Dershaw, Chapter 7 Trustee for the Estate of Craig B. Rosen, has filed a Motion for an Entry of an Order Pursuant to Fed. R. Bankr. P. 2004 Authorizing the Examination of, and Production of Documents by, Deborah M. Rosen.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before February 14, 2020, you or your attorney must do <u>all</u> of the following:

(a) File an answer explaining your position at:
   Clerk
   United States Bankruptcy Court
   900 Market Street, 4th Floor
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the Movants:
   Mark R. Cuker, Esquire
   Attorney for Terry P. Dershaw, Trustee for the Estate of Craig B. Rosen
   One Logan Square
   130 North 18th Street, Suite 1200
   Philadelphia, PA 19103
   (215) 531-8522

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

Case 19-17160-mdc    Doc 59    Filed 01/20/20    Entered 01/27/20 11:39:31    Desc M
Document    Page 2 of 2

3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on February 19, 2020, at 10:30 a.m. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R.Bankr. P. 9014(d).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 20, 2020

CUKER LAW FIRM, LLC

*signature*

Mark R. Cuker
One Logan Square
130 N. 18th Street, Suite 1200
Philadelphia, PA 19103
(215) 531-8522
mark@cukerlaw.com

*Special Counsel to the Trustee, Terry P. Dershaw*

ACTIVE/44810072.v2-3/15/17