# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   7 |
| | : | |
| Deborah Manin Rosen | : | |
| Debtor | : | Bankruptcy No. 19-17160 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 01/09/2020, this case is hereby DISMISSED.

February 5, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Schedule E-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities B106

bfmisdoc